# EXHIBIT C

**EXHIBIT C**
**REPRESENTATIVE INFRINGEMENT CHARTS**

ts are representative and non-limiting. Sonnax reserves all rights to assert additional claims, additional theories of infringem
upplement these charts based on further investigation, discovery, and claim construction.

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
|---|---|
| zer for a spring retainer that solenoid in a transmission fluid y, the valve body having bores ollinear with one another and with a movable valve stem, and a e valve body between the bores, oid having body, a shoulder, a a neck between the head and the the solenoid positioned in the y with the neck located at the | The Infringing Kit is designed for use in Ford 10R60/80/100 and GM GEN 1 10L80/90 transm (Exhibit B, p. 1.) Those transmissions contain a spring retainer that secures a solenoi transmission fluid valve body, the valve body having bores therein collinear with one anot collinear with a movable valve stem, and a slot in the valve body between the bores, the s having body, a shoulder, a head, and a neck between the head and the shoulder, the s positioned in the valve body with the neck located at the slot. TransGo's instructions at Step (Exhibit B, p. 4) expressly address replacing the solenoid retainers in such a valve body. The r and inserts in the kit are components for that valve body arrangement. See also the kit produc below showing retainers (U-shaped clips) and inserts laid out alongside valve body hardware  |
| retainer having an inverted U-ody with corresponding front and , | The new retainer included in the Infringing Kit has an inverted U-shaped body with corres front and rear walls. (Exhibit B, p. 4, Step 12 diagram showing "new retainer"). Multip retainers are visible in the kit product image shown above (row of U-shaped black cli corresponding front and rear walls). The new retainer included in the Infringing Kit with an U-shaped body and corresponding front and rear walls is also shown in the images below. |

| | |
|---|---|
| |  |
| ront and rear walls having a top | The new retainer shown in Step 12 (Exhibit B, p. 4) has a top connecting two depending l define the front and rear walls. This is visible in the side-by-side comparison of "Used OE s retainer" and "New solenoid retainer" in Exhibit B (see Exhibit B, p. 4, upper right), confirn new retainer has a top with legs extending downward. The images below also show that the f rear walls of the retainer in the Infringing Kit have a top and legs.  |
| efining free ends opposite the ont and rear walls joined to one their respective free ends, at a pace the front and rear walls another, | The new retainer's legs are joined at their free ends by a bend (visible in both the "New retai diagram in Step 12 and the side-by-side comparison on p. 4 of Exhibit B), which spaces the f and rear walls apart to provide spring force. The images below also show that the legs of the retainer in the Infringing Kit define free ends opposite the top, the front and rear walls joined another at their respective free ends, at a bend, to space the front and rear walls from one and |

|  |  |
|---|---|
| retainer positioned on the neck in the slot, such that the of the spring retainer rests on s a force on the solenoid head, ion of the rear wall of the spring sts on a rear wall of the valve | Step 13 of the installation instructions at Exhibit B instructs the installer to insert the "new re and insert assembly flat side facing the solenoid" into the valve body slot. (Exhibit B, p. 4.) confirms pressing it into position. (*Id*.) Once installed, the retainer is on the solenoid neck in with the front wall bearing on the solenoid head and the rear wall bearing on the slot wall. |
| zer comprising: an inverted U- dy corresponding to the J-shaped body of the spring nd having a top and a pair of g [legs], | The new insert included in the Infringing Kit (visible in Step 12 diagram, Exhibit B, p. 4, and prominently visible in the kit product image shown above as the smaller U-shaped black ins an inverted U-shaped body with a top and two depending legs, corresponding in shape to the retainer. The images below also show that the new insert (i.e., the stabilizer) in the Infringing has an inverted U-shaped body corresponding to the inverted U-shaped body of the spring re and has a top and a pair of depending legs.  |

| efining free ends opposite the tabilizer configured for g in the spring retainer between nd rear walls to maintain a tween the spring retainer front valls when the spring retainer is o secure the solenoid in the on fluid valve body. | Step 12 of Exhibit B (p. 4) explicitly shows sliding "the new insert in the new solenoid retain positioning the insert inside the retainer between its front and rear walls. TransGo's own des states: "Our custom-made inserts prevent this [retainer collapse] from happening." (Exhibit F The insert maintains spacing between the retainer walls to prevent collapse and secure the so The images below also show that the new insert (i.e., the stabilizer) in the Infringing Kit has defining free ends opposite the top, and the new insert (i.e., the stabilizer) in the Infringing K configured for positioning in the spring retainer between the front and rear walls to maintain spacing between the spring retainer front and rear walls when the spring retainer is installed secure the solenoid in the transmission fluid valve body.<br><br> |

**(dependent on Claim 1)**

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
| --- | --- |
| izer of claim 1, | The Infringing Kit includes the stabilizer of claim 1, as shown above. |
| he stabilizer free ends each have | The new insert shown in Step 12 (Exhibit B, p. 4) has free ends with a tapered profile visible diagram. The taper allows easy insertion into the retainer. The taper is also visible on the low portions of the insert legs in the kit product image shown above in claim 1. The images belov show that the new insert (i.e., the stabilizer) in the Infringing Kit has free ends each with a ta |

(dependent on Claim 2)

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
|---|---|
| izer of claim 2, | The Infringing Kit includes the stabilizer of claim 2, as shown above. |
| he taper is from a front of the ear of the legs. | The taper on the insert free ends runs from front to rear, as visible in the Step 12 illustration ( B, p. 4). The images below also show that the new insert (i.e., the stabilizer) in the Infringing free ends each with a taper where the taper is from a front of the legs to a rear of the legs. |

dependent on Claim 1)

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
|---|---|
| izer of claim 1, | The Infringing Kit includes the stabilizer of claim 1, as shown above. |
| he stabilizer is formed from a stiff but somewhat compressible | TransGo describes its inserts as "custom-made" components that prevent retainer collapse. ( B, p. 4.) The inserts visible in the kit product image shown above are formed from a stiff but somewhat compressible material, capable of being compressed slightly for insertion while maintaining structural rigidity to prevent retainer collapse. |

dependent on Claim 1)

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
|---|---|
| izer of claim 1, | The Infringing Kit includes the stabilizer of claim 1, as shown above. |
| he U-shaped body has a squared phery. | The new insert shown in Step 12 of Exhibit B (p. 4) and visible in the kit product image show above has a squared outer periphery — the top and sides of the U-shape form right angles rat rounded corners. This squared shape is clearly visible in the insert diagrams on p. 4 of Exhib image below also shows the U-shaped body has a squared outer periphery. |

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
|---|---|
| to stabilize a solenoid in a on fluid valve body, the valve ng bores therein collinear with er and collinear with a movable n, and a slot in the valve body he bores, the solenoid having houlder, a head, and a neck he head and the shoulder, the ositioned in the valve body with ocated at the slot. | The Infringing Kit is designed for Ford 10R60/80/100 and GM GEN 1 10L80/90 transmissio which contain solenoids secured in valve bodies having the arrangement recited in this pream (Exhibit B, p. 1.) TransGo practices this method through its own assembly and testing of the TransGo's customers and end-users practice this method by following Steps 12–14 of Exhib 4). See the chart for claim 1 above, which is incorporated by reference. |
| d comprising: positioning a in in a spring retainer, the spring aving an inverted U-shaped corresponding front and rear h the front and rear walls having legs, the legs defining free ends he top, the front and rear walls one another at their respective at a bend, to space the front and from one another, and the having an inverted U-shaped esponding to the U-shaped body ng retainer and having a top and egs defining free ends opposite e stabilizer being positioned in retainer between the front and ; | See the chart for claim 1 above, which is incorporated by reference. Also, Step 12 of Exhibit directs the installer to slide the new insert into the new solenoid retainer. This performs the c positioning step: the stabilizer insert (inverted U-shaped body with top and depending legs) i positioned within the spring retainer (also inverted U-shaped with top, depending legs, and a connecting the leg free ends) so that the insert sits between the retainer's front and rear walls Step 12 illustration depicts this relationship in cross-section. The structural elements of the in retainer satisfy each limitation as established in the charts for claim 1 above. |
| he spring retainer and the on on the solenoid neck in the slot, the front wall of the spring sts on and applies a force on the head, and a portion of the rear e spring retainer rests on a rear e valve body slot. | See the chart for claim 1 above, which is incorporated by reference. Also, Steps 13 and 14 of B (p. 4) perform this insertion step. Step 13 directs turning the solenoid body casting over so separator plate side faces up, then inserting the new retainer and insert assembly flat-side fac solenoid into the valve body. Step 14 directs pressing the insert down until both insert and cl below the casting surface. In this installed position, the assembly sits on the solenoid neck in with the retainer front wall resting on and applying force to the solenoid head and the retaine wall resting on the slot wall. The Step 14 photograph of the installed assembly confirms this orientation. |

(dependent on Claim 7)

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
|---|---|
| od of claim 7, | The Infringing Kit practices the method of claim 7, as shown above. |
| e spring retainer includes a d forward and downwardly, e front wall, and wherein the is positioned in the spring etween the spring retainer front walls. | The new solenoid retainer in the Infringing Kit includes a return bend. The side-by-side com image on p. 4 of Exhibit B annotates this feature as "Tab should extend outward like this" or retainer. This tab is the return bend that extends forward and downwardly toward the retainer wall. When the stabilizer insert is positioned inside the retainer per Step 12 of Exhibit B, the top portion rests on this return bend/tab, as illustrated in the Step 12 assembly diagram. |

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
|---|---|
| ation, a spring retainer and that secures a solenoid in a on fluid valve body, the valve ng bores therein collinear with er and collinear with a movable n, and a slot in the valve body he bores, the solenoid having oulder, a head, and a neck he head and the shoulder, the ositioned in the valve body with ocated at the slot, the on comprising: | When the Infringing Kit is installed per TransGo's instructions, the new retainer and insert a positioned in a Ford 10R60/80/100 or GM GEN 1 10L80/90 transmission valve body that ha valve body arrangement described in this preamble. (Exhibit B, p. 1 (vehicle fitment); pp. 4– body installation images showing solenoids in the valve body bores and slot). See the chart f 1 above, which is incorporated by reference. |
| retainer having an inverted U-dy with a top and legs, the legs e ends opposite the top, the top outwardly extending lip; | See the chart for claim 1 above, which is incorporated by reference. Also, the new solenoid r in the Infringing Kit has an inverted U-shaped body. The comparison image on p. 4 of Exhib shows the new retainer has a tab/lip (labeled "Tab should extend outward like this") at its top extends outward, i.e., the outwardly extending lip of this element. The used (original) retaine compared unfavorably, showing what collapse looks like. The images below also show that t retainer in the Infringing Kit has an inverted U-shaped body with a top and legs, where the le free ends opposite the top and the top has an outwardly extending lip. |

| | |
|---|---|
| |  |
| izer having an inverted U-<br>dy corresponding to the<br>U-shaped body of the spring<br>nd having a top and legs, the<br>ing free ends opposite the top<br>ne stabilizer configured for<br>g abutting the spring retainer<br>tabilizer top positioned on the<br>extending lip, | See the chart for claim 1 above, which is incorporated by reference. Also, the new insert in th configured to be positioned inside the retainer with the insert's top abutting/resting on the ret outwardly extending lip. Step 12 (Exhibit B, p. 4) shows the insert slid into the retainer in thi relationship, where the insert top sits on the retainer lip, and the insert legs extend down with retainer legs. The images below also show that the new insert (i.e., the stabilizer) in the Infrir Kit has an inverted U-shaped body corresponding to the inverted U-shaped body of the sprin retainer and has a top and legs, where the legs define free ends opposite the top portion, and insert (i.e., the stabilizer) is configured for positioning abutting the spring retainer with the st top positioned on the outwardly extending lip.<br><br><br> |
| he spring retainer and stabilizer<br>tioned on the solenoid neck in<br>uch that the stabilizer rests on<br>s a force on the solenoid head, | See the chart for claim 1 above, which is incorporated by reference. Also, Steps 13–14 of Ex (p. 4) instruct the installer to insert the retainer-and-insert assembly into the valve body slot flat side facing the solenoid, then press it down until it sits below the casting surface. In this |

| | |
|---|---|
| surface of the spring retainer … rear wall of the valve body slot, | position, the stabilizer applies force to the solenoid head and the rear surface of the retainer r… the valve body slot wall. |
| …ein the stabilizer maintains a … etween the spring retainer front … walls when the spring retainer is … o secure the solenoid in the … on fluid valve body. | See the chart for claim 1 above, which is incorporated by reference. Also, TransGo explicitly … the purpose of the insert: "Our custom-made inserts prevent this [retainer collapse] from hap… (Exhibit B, p. 4.) By being positioned within the retainer, the insert maintains the spacing bet… the retainer's front and rear walls, preventing collapse and securing the solenoid. The insert t… fills the space between the walls to maintain that spacing. |

**…9 (dependent on Claim 9)**

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
|---|---|
| …ination of claim 9, | The Infringing Kit includes the combination of claim 9 when installed, as shown above. |
| …he spring retainer legs have … ndented portions such that the … on-planar, the raised or indented … roviding a preload to maintain … er and stabilizer in the valve | The new retainer in the Infringing Kit, as visible in the Step 12 illustration (Exhibit B, p. 4) a… "New retainer and insert assembly" diagram (Exhibit B, p. 4), has non-planar legs with raised/indented portions. These features provide a preload to keep the retainer-and-insert asse… seated in the valve body slot. |

**… (dependent on Claim 9)**

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
|---|---|
| …ination of claim 9, | The Infringing Kit includes the combination of claim 9 when installed, as shown above. |
| …he spring retainer connecting … s raised or indented portions … the connecting portion is non- … e raised or indented portions … a preload to maintain the … nd stabilizer in the valve body. | The new retainer's connecting portion (top/bend area) also has raised or indented features vis… the retainer diagrams of Exhibit B (p. 4). These non-planar features at the connecting portion… a preload force to keep the assembly in place in the valve body slot. |

2 (dependent on Claim 9)

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
|---|---|
| ination of claim 9, | The Infringing Kit includes the combination of claim 9 when installed, as shown above. |
| he stabilizer legs are tapered. | The insert legs have a taper from front to rear. (Exhibit B, p. 4, Step 12 illustration.) The tape of the insert are visible in the kit product image shown above and the assembly diagram. The below also show that the new insert (i.e., the stabilizer) in the Infringing Kit has legs that are |

3 (dependent on Claim 12)

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
|---|---|
| ination of claim 12, | The Infringing Kit includes the combination of claim 12 when installed, as shown above. |
| he taper is a side-to-side taper. | The taper on the insert legs runs from the front face to the rear face of each leg (a side-to-sid (Exhibit B, p. 4.) The images below also show that the new insert (i.e., the stabilizer) in the I Kit has legs that are tapered the taper is a side-to-side taper. |

4 (dependent on Claim 9)

| Claim Element | Infringing Kit (TransGo SK 10RL80-G1) |
|---|---|
| ination of claim 9, | The Infringing Kit includes the combination of claim 9 when installed, as shown above. |
| he stabilizer is formed from a stiff but somewhat compressible | The insert in the Infringing Kit is formed from a stiff but somewhat compressible material. T description of the inserts as "custom-made" parts engineered to prevent retainer collapse con they are designed to have sufficient rigidity to brace the retainer walls under load. (Exhibit B |